IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOSE G. CUARENTA-RAMOS, J. CARMEN PENA-MARES, JOSE RODRIGUEZ-HERNANDEZ, and PEDRO YANEZ-VAZQUEZ, | * * * * * |
| Plaintiffs, | * * |
| vs. | *   No. 4:09cv0368 SWW * * * |
| JACK ODOM D/B/A ODOM FARMS, | * * |
| Defendant. | * |

ORDER

Plaintiffs' motion [doc.#2] for attorney Sarah E. Donaldson to appear and be admitted *pro hac vice* has been considered by the Court and is hereby granted.

IT IS SO ORDERED this 14th day of May 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE