IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOSE GUADALUPE CUARENTA-RAMOS, J. CARMEN PENA-MARES, JOSE RODRIGUEZ-HERNANDEZ, and PEDRO YANEZ-VAZQUEZ, § § § § § § Plaintiffs, § § vs. § § § JACK ODOM D/B/A ODOM FARMS, § § Defendant. § | CIVIL ACTION NO. 4:09-cv-0368 SWW |

**CERTIFICATE OF SERVICE**

I, Sarah E. Donaldson, certify today, June 24, 2009, that on June 3, 2009, I sent true and correct copies of 1) Plaintiffs' Motion for Sarah E. Donaldson to Appear *Pro Hac Vice*; 2) Order Granting Plaintiffs' Motion for Sarah E. Donaldson to Appear *Pro Hac Vice*; and 3) Plaintiffs' Motion for Melody Fowler-Green to Appear *Pro Hac Vice* to the Lonoke County Sheriff's Department and requested that the documents be served on Defendant Jack Odom along with Plaintiffs' Original Complaint and summons. On June 23, 2009, I confirmed by telephone that the Lonoke County Sheriff did in fact serve these documents on the Defendant on June 16, 2009.

I, Sarah E. Donaldson, further certify that on this the 24th day of June, 2009, a true and correct copy of the Order Granting Plaintiffs' Motion for Melody Fowler-Green to Appear *Pro Hac Vice* was served on Defendant Jack Odom via certified mail sent to:

321 N. Windwood Heights Lane

Cabot, Arkansas 72023-8244

Respectfully Submitted,

/s/ Sarah E. Donaldson
Sarah E. Donaldson
Attorney in Charge for Plaintiffs
Tex. Bar No. 24065158
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas Blvd.
Weslaco, Texas 78596
Tel.: (956) 447-4800
Fax: (956) 968-8823
sdonaldson@trla.org

CERTIFICATE OF SERVICE

I, Sarah E. Donaldson, certify that on this the 24th day of June, 2009, a true and correct copy of the foregoing was served on Defendant Jack Odom via certified mail sent to:

321 N. Windwood Heights Lane
Cabot, Arkansas 72023-8244

/s/ Sarah E. Donaldson
Sarah E. Donaldson

*Certificate of Service* - Page 2 of 2