IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSE G. CUARENTA-RAMOS, J. CARMEN PENA-MARES, JOSE RODRIGUEZ-HERNANDEZ, and PEDRO YANEZ-VAZQUEZ, | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * * * | No. 4:09cv0368 SWW |
| JACK ODOM D/B/A ODOM FARMS, | * * | |
| Defendant. | * | |

## ORDER

Defendant's unopposed motion [doc.#11] for an extension of until and including July 20, 2009, in which to file his Answer is hereby granted.

IT IS SO ORDERED this 6th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE