IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSE G. CUARENTA-RAMOS, et al., § | | |
|     Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| JACK ODOM D/B/A ODOM FARMS, § | | CIVIL ACTION NO. |
| § | | 4:09-cv-368 SWW |
|     Defendant. § | | |
| § | | |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), notice is hereby given by Plaintiffs JOSE G. CUARENTA-RAMOS ET AL., through their undersigned counsel, that the above-styled cause of action is discontinued and the complaint dismissed with prejudice. Each party shall bear its own costs.

    Respectfully submitted,

    By:

    /s/ Sarah E. Donaldson
    Sarah E. Donaldson
    Attorney for Plaintiffs
    Texas Bar No. 24065158
    Admitted Pro Hac Vice
    TEXAS RIOGRANDE LEGAL AID, INC.
    300 South Texas Boulevard
    Weslaco, Texas 78596
    Tel.: (956) 447-4800
    Fax: (956) 968-8823
    sdonaldson@trla.org

<u>CERTIFICATE OF SERVICE</u>

  I, Sarah E. Donaldson, hereby certify that on December 14, 2009 a true and correct copy of the foregoing document was served to all counsel of record via my submission of the document to the Court's CM/ECF system:

W. Asa Hutchinson III
THE ASA HUTCHINSON LAW GROUP, PLC
World Trade Center
3300 Market Street, Suite 404
Rogers, Arkansas 72758

              <u>*/s/ Sarah E. Donaldson*</u>
              Sarah E. Donaldson