IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSE G. CUARENTA-RAMOS, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| JACK ODOM D/B/A ODOM FARMS, | § | CIVIL ACTION NO. |
| | § | 4:09-cv-368 SWW |
|     Defendant. | § | |
| | § | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated between Plaintiffs and Defendant that the above-captioned matter shall be dismissed with prejudice and without costs.

Respectfully submitted,

By:

/s/ Sarah E. Donaldson
Sarah E. Donaldson
Attorney for Plaintiffs
Texas Bar No. 24065158
Admitted Pro Hac Vice
TEXAS RIOGRANDE LEGAL AID, INC.
300 South Texas Boulevard
Weslaco, Texas 78596
Tel.: (956) 447-4800
Fax: (956) 968-8823
sdonaldson@trla.org


/s/ W. Asa Hutchinson III
W. Asa Hutchinson III
Attorney for Defendant
Arkansas Bar No. 2001115

>THE ASA HUTCHINSON LAW GROUP, PLC
>World Trade Center
>3300 Market Street, Suite 404
>Rogers, Arkansas 72758
>Tel.: (479) 878-1600
>Fax: (479) 878-1605
>ahutchinson@ahlawgroup.com

## CERTIFICATE OF SERVICE

I, Sarah E. Donaldson, hereby certify that on December 14, 2009 a true and correct copy of the foregoing document was served to all counsel of record via my submission of the document to the Court's CM/ECF system:

W. Asa Hutchinson III
THE ASA HUTCHINSON LAW GROUP, PLC
World Trade Center
3300 Market Street, Suite 404
Rogers, Arkansas 72758

>*/s/ Sarah E. Donaldson*
>Sarah E. Donaldson