IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSE G. CUARENTA-RAMOS, J. | * | |
| CARMEN PENA-MARES, JOSE | * | |
| RODRIGUEZ-HERNANDEZ, and | * | |
| PEDRO YANEZ-VAZQUEZ, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09cv0368 SWW |
| | * | |
| | * | |
| | * | |
| JACK ODOM D/B/A ODOM FARMS, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the notice of settlement and stipulation of dismissal filed on December 14, 2009 [doc.#'s 18, 19], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of December 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE